# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Bahtiyor Sultan**,**<br>　　　　　Debtor. | chapter 7<br><br>Bankruptcy No. 17-27694<br><br>Honorable Pamela S. Hollis |

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

　　I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 30, 2018.

Dated: November 30, 2018　　　　　　　　**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Bahtiyor Sultan**,**

　　　　　　　　　　　　　　　　　　　　By: /s/ Zane L. Zielinski
　　　　　　　　　　　　　　　　　　　　Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
　　**ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.　773-877-3191
f.　815-846-8516
e.　trustee@zanezielinski.com

{00041111}　　　　　　　　　　　　　　1

Mailing Information for Case 17-27694

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

C David Ward on behalf of Debtor 1 Bahtiyor Sultan
cdward1945@yahoo.com, ladylaw1031@msn.com

**VIA US MAIL**

American Express Centurion Bank
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701

Bahtiyor Sultan
25017 WRIGHT LANE
PLAINFIELD, IL  60585