# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Bahtiyor Sultan § | Case No. 17-27694 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 229,634.00                                Assets Exempt: 56,996.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,867.87                  Claims Discharged
                                                            Without Payment: 352,334.38

Total Expenses of Administration: 1,873.59

---

3) Total gross receipts of $ 9,741.46  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,741.46  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 234,980.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,873.59 | 1,873.59 | 1,873.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 124,528.73 | 47,901.52 | 47,901.52 | 7,867.87 |
| **TOTAL DISBURSEMENTS** | $ 359,508.73 | $ 49,775.11 | $ 49,775.11 | $ 9,741.46 |

    4)  This case was originally filed under chapter 7 on  09/15/2017 .  The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/09/2019                                 By: /s/Zane L. Zielinski, Trustee
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Nbm Express Inc. Debtor Owns 100% Of The Stock. The Only Ase | 1129-000 | 7,241.46 |
| Transfer of Vehicle to Family Member | 1241-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,741.46** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suntrust Bank, Attn:Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | | 234,980.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 234,980.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,724.15 | 1,724.15 | 1,724.15 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 10.72 | 10.72 | 10.72 |
| Associated Bank | 2600-000 | NA | 138.72 | 138.72 | 138.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,873.59 | $ 1,873.59 | $ 1,873.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 20,470.00 | NA | NA | 0.00 |
| | DuPage Valley Anesthesia, PO Box 3872 Carol Stream, IL 60132-3872 | | 1,165.00 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197 | | 25.00 | NA | NA | 0.00 |
| | Hitachi Capital Finance Inc., 21925 Network Place Chicago, IL 60673-1219 | | 35,660.73 | NA | NA | 0.00 |
| | Muyassar Matmurotova, 25017 Wrigt Lane Plainfield, IL 60585 | | 20,000.00 | NA | NA | 0.00 |
| 1 | American Express Centurion Bank | 7100-000 | 47,208.00 | 47,901.52 | 47,901.52 | 7,867.87 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 124,528.73 | $ 47,901.52 | $ 47,901.52 | $ 7,867.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-27694 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Bahtiyor Sultan | | | | Date Filed (f) or Converted (c): | 09/15/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/2017 |
| For Period Ending: | 01/09/2019 | | | | Claims Bar Date: | 03/14/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25017 Wright Lane Plainfield Il 60585-5813 Will | 286,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods And Furnishings. | 480.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 5. Nbm Express Inc. Debtor Owns 100% Of The Stock. The Only Ase | 7,700.00 | 7,241.46 | | 7,241.46 | FA |
| 6. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7. Transfer of Vehicle to Family Member (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $294,330.00    $9,741.46    $9,741.46    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee reached a settlement with the Debtor and is awaiting the last payment.

| RE PROP # | 5 | -- | The Debtor liquidated the Volvo Tractor for approximately $27,000, and turned over the remaining funds to the Trustee. |
| RE PROP # | 6 | -- | This listed as an "asset" on schedules, but appears to be a note. |
| RE PROP # | 7 | -- | The Transfer was disclosed on the Statement of Finanical Affairs, but not on Schedule B. |

Initial Projected Date of Final Report (TFR): 03/31/2018    Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-27694 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Bahtiyor Sultan | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2278 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/17 | 5 | Plainfield Logistics LLC<br>Bank of America Cashier's Check | Sale Proceeds | 1129-000 | $7,241.46 | | $7,241.46 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,231.46 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.40 | $7,221.06 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.74 | $7,210.32 |
| 01/19/18 | 7 | Moneygram | Secured Claim Payment | 1241-000 | $250.00 | | $7,460.32 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.83 | $7,449.49 |
| 02/27/18 | 7 | Bahityor Sulton<br>Moneygram | Settlement Funds | 1241-000 | $250.00 | | $7,699.49 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,689.49 |
| 03/22/18 | 7 | Sulton<br>Moneygram | Settlement Funds | 1241-000 | $250.00 | | $7,939.49 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.55 | $7,927.94 |
| 04/26/18 | 7 | B. Sulton<br>Moneygram | Settlement Funds | 1241-000 | $250.00 | | $8,177.94 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.45 | $8,166.49 |
| 05/16/18 | 7 | Bahtiyor Sultan<br>Moneygram | Settlement Funds | 1241-000 | $250.00 | | $8,416.49 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.32 | $8,404.17 |

Page Subtotals: $8,491.46   $87.29

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-27694 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Bahtiyor Sultan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2278 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/18 | 7 | B. Sultan<br>Western Union Money Order | Settlement Payment | 1241-000 | $250.00 | | $8,654.17 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.25 | $8,641.92 |
| 08/06/18 | 7 | B. Sultan<br>Western Union Payment | Settlement Funds | 1241-000 | $250.00 | | $8,891.92 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.85 | $8,879.07 |
| 08/27/18 | 7 | BU Sultan<br>Moneygram | Settlement Payment | 1241-000 | $250.00 | | $9,129.07 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $9,115.89 |
| 09/26/18 | 7 | Western Union Money Order | Settlement Funds | 1241-000 | $250.00 | | $9,365.89 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.15 | $9,352.74 |
| 10/24/18 | 7 | B. Sultan<br>Moneygram | Settlement Funds | 1241-000 | $250.00 | | $9,602.74 |
| 12/21/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,734.87 | $7,867.87 |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($1,724.15) 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($10.72) 2200-000 | | | |
| 12/21/18 | 5002 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 1 creditor account # representing a payment of 16.43 % per court order. | 7100-000 | | $7,867.87 | $0.00 |
| | | | Page Subtotals: | | $1,250.00 | $9,654.17 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,741.46 | $9,741.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,741.46 | $9,741.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,741.46 | $9,741.46 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2278 - Checking | $9,741.46 | $9,741.46 | $0.00 |
| | $9,741.46 | $9,741.46 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,741.46 |
| Total Gross Receipts: | $9,741.46 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*